IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY ANN VAN LIEU,
*Plaintiff*,

v.

SAPA EXTRUSIONS,
*Defendant.*

CIVIL ACTION
NO. 19-CV-0788

## ORDER

**AND NOW**, this 28th day of February, 2019, upon consideration of *pro se* Plaintiff Mary Ann Van Lieu's Motion for Leave to Proceed *In Former Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion for Appointment of Counsel (ECF No. 3), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons set forth in the Court's Memorandum.

4. Van Lieu is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state plausible claims that cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption and body, and shall describe in detail the basis for Van Lieu's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

5  The Clerk of Court is **DIRECTED** to provide Van Lieu a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit

bearing the civil action number for this case. Van Lieu may use this form to file her amended complaint.

6. Van Lieu's Motion for Appointment of Attorney (ECF No. 3) is **DENIED without prejudice** at this time.

7. If Van Lieu fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
C. DARNELL JONES, II, J.